OPINION — AG — **** RECODIFICATION DOES NOT VALIDATE REPEALED STATUTE **** THE "THIRTY MONTH" LIMITATION SET FORTH IN SECTION 430.2 IS NOT IN FORCE AND EFFECT EVEN THOUGH SUCH LIMITATION WAS INCLUDED IN THE 1971 COMPILATION AND CODIFICATION OF THE GENERAL AND PERMANENT LAWS OF OKLAHOMA. CITE: 62 O.S. 1971 430.1 [62-430.1], 62 O.S. 1971 430.12 [62-430.12], 59 O.S. 1941 133 [59-133] (TODD MARKUM)